AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**

NOV 10 2015

**Phil Lombardi, Clerk**
**U.S. DISTRICT COURT**

United States of America )
v. )
) Case No. 15-mj-198-TLW
)
SCOTT FREDRICK ARTERBURY )
)

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 10, 2015__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

*Code Section*  —  *Offense Description*
18 U.S.C. § 2252(a)(4)(B)  —  Possession of Child Pornography

This criminal complaint is based on these facts:
See Affidavit of Matt Snow, attached hereto.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matt Snow, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/10/2015

_____
Judge's signature

City and state: Tulsa, Oklahoma

U.S. Magistrate Judge T. Lane Wilson
*Printed name and title*

# AFFIDAVIT

Affiant, Matt Snow, being duly sworn, states the following:

I am a Task Force Officer with the Federal Bureau of Investigation and have been since April 2014. I am a graduate of the Tulsa Police Academy in 2004 and have been a Tulsa Police Officer and Detective for the past 11 years. In addition to this formal training, I have also received extensive formal training, related to the sexual exploitation of minors particularly on the Internet. As a result of my training and experience as a FBI Task Force Officer and Tulsa Police Officer, I am familiar with Federal Criminal laws and know it is a violation of Title 18, United States Code, Section 2252(a)(4)(B): Possession of Child Pornography.

Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to issue an arrest warrant for SCOTT FREDRICK ARTERBURY, I have not included each and every fact known concerning this investigation to me and others involved in this matter. I have set forth only the facts that I believe are essential to establish the necessary foundation for an arrest warrant for SCOTT FREDRICK ARTERBURY.

Based upon my investigation along with information provided to me by Detectives with the Tulsa Police Department, Child Crisis Unit and Cyber Crimes Unit, I believe the following to be true and correct.

On November 10, 2015, agents with the Federal Bureau of Investigation executed a search warrant at 1515 South Nyssa Place, Broken Arrow, OK 74012. The basis for the search warrant was evidence that a computer user with the screen name of "johnnyb5" using the device named "Scott-Laptop" had been accessing child pornography from the subject residence. An Oklahoma Department of Motor Vehicles search confirmed that SCOTT FREDRICK ARTERBURY resided at the subject residence.

Agents effecting the search warrant on November 10, 2015 discovered in the residence a Dell XPS laptop computer that had the host name of "Scott-Laptop." In an interview with SCOTT FREDRICK ARTERBURY, he confirmed that it was his laptop and that he was the only one who lived in the residence who used it. He said that his estranged wife had used it in the past when she came to visit, however, he did not believe she accessed child pornography on his laptop. He denied accessing child pornography on his laptop as well, however, SCOTT FREDRICK ARTERBURY admitted that his laptop was password-protected and his wi-fi is secured.

Agents conducted an onsite triage examination and search of the laptop's Seagate 500 GB Model ST9500420AS hard drive, serial number 5VJBV8EE, manufactured in China. On the hard drive, agents found videos and photographs depicting suspected child pornography. One of the videos that was found, for example, was entitled "Jenny 9yo daughter – dog licks her cunny and she sucks her fathers cock.avi." The file was a two minute, six second video depicting a prepubescent female with a dog performing oral sex on her as well the young female performing oral sex on an adult male.

Based on the foregoing, I believe that there is probable cause that SCOTT FREDRICK ARTERBURY is in violation of Title 18, United States Code, Section 2252(a)(4)(B), Possession of Child Pornography.

In consideration of the foregoing, I respectfully request that this court issue a Complaint and Arrest Warrant for SCOTT FREDRICK ARTERBURY.

_____
Matt Snow, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 10th day of November, 2015.

_____
T. Lane Wilson
United States Magistrate Judge

2