# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   15-mj-198-TLW |
| | ) |
| SCOTT FREDRICK ARTERBURY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY


*/s/ Andrew J. Hofland*
Andrew J. Hofland, WI Bar # 1065503
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700