## CRIMINAL INFORMATION SHEET

Date: 11/12/2015     Judge: MJ McCarthy    Deputy: Tami Calico
USPO: Andy Shidell                 MJ Cleary        ✓ Karen Perkins
                          ✓ MJ Wilson        Camie Portilloz

Case No. 15-MJ-198-TLW     USA v. Scott Fredrick Arterbury

Date of Arrest: 11/12/2015    Arrested By: USMS        ✓ Detention Requested by AUSA

Bail Recommendation:            Unsecured

**Additional Conditions of Release:**

   a.    b. ____        p ( 1, 2, 3, 4, 5, 6 )
   c.    d.              q ( 1, 2, 3, 4, 5, 6, 7, 8 )
   e. ____           r ( 1, 2, 3, 4, 5, 6 )
   f.   g.   h.   i.   j.     s
   k.   l.   m.   n.   o.    t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes   No

Defendant's Attorney: Julie Linnen *by William Widell*     ✓ FPD;    Ct. Appt;    Ret Counsel

AUSA: Andrew J. Hofland

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☑ Defendant appears in person for IA on: ☐ Indictment; ☐ Information; ☑ Complaint; ☐ Petition; ☐ Rule 5
                 with: ☐ Ret Counsel; ☑ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☑ Financial Affidavit received and FPD/CJA appointed; ☑ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
   ☐ Verified in open court
   ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ☐ of Indictment; ☑ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☐ Bond set for _____; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☑ Detention Hearing scheduled: 11/16/15 at 2:00 a.m./**p.m.**

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☑ Defendant remanded to custody of U.S. Marshal: ☑ Pending further proceeding; ☐ Pending release on bond for treatment

Motion for Detention: 3 ☑ Granted; ☐ Denied; ☐ Moot     Motion for Hearing: 4 ☑ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____
_____

Criminal Information Sheet                                                          CR-24 (11/14)