# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

    Plaintiff,

vs.   Case No. 15-mj-198-TLW

Scott Fredrick Arterbury,

    Defendant.

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: 11/16/15

At: 2:00 a.m. / **p.m.**

Before: ~~T. Lane Wilson~~ Paul J. Cleary, United States Magistrate Judge.

The detention hearing will be held in magistrate courtroom #1 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103. Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: November 12, 2015

_____
T. Lane Wilson
United States Magistrate Judge

Temporary Order of Detention Pending Hearing      AO-470 Modified (7/08)