# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                          Plaintiff,        Case Number: 15-mj-198-TLW

vs.                                                    Proceeding: Detention Hearing

Scott Fredrick Arterbury,                      Date: 11-16-2015
                        Defendant(s).      Court Time: 2:00 p.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge      K. Perkins, Deputy Clerk      C1, Reporter

Counsel for Plaintiff: Andrew J. Hofland by Trent Shores

Counsel for Defendant: Jullie Linnen, Appt. by William Widell

Minutes: Case called for Detention hearing; Government and Defense witnesses sworn and testimony given; Arguments heard; Court finds there are conditions by which defendant may be released and denies the Motion for Detention (Dkt. #3). Bond set for $20,000; Bond and conditions of release were executed. Defendant shall remain in custody pending release on bond for treatment at 12x12.

Government's Witnesses:                          Defendant's Witness:

  Matthew Snow (2:28 - 2:47 pm)                 Alice Lynn Arterbury (2:54 - 2:56 pm)

  Andy Shidell (2:48 - 2:53 pm)

Court Time: 2:25 - 3:10 pm